434 F.2d 597
 Ollie L. FRASIER, Plaintiff-Appellant,
v.
Elliot L. RICHARDSON, Secretary of Health, Education and
Welfare, Defendant-Appellee.
 No. 29836 Summary Calendar.*
*Rule 18, 5 Cir.; See Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431
 
 F.2d 409, Part I. N.L.R.B. v. Amalgamated Clothing
Workers of America, 5 Cir. 1970, 430 F.2d 966.
 United States Court of Appeals, Fifth Circuit.
 Nov. 9, 1970, Rehearing Denied Dec. 17, 1970.
 Charles Tyler Clark, Birmingham, Ala., Hawkins & Rhea, Gregory S. Cusimano, Gadsden, Ala., for plaintiff-appellant.
 Kathryn H. Baldwin, William D. Appler, Dept. of Justice, Washington, D. c., William D. Ruckelshaus, Asst. Atty. Gen., Wayman G. Sherrer, U.S. Atty., for defendant-appellee.
 Appeal from the United States District Court for the Northern District of Alabama; Clarence W. Allgood, District Judge, 313 F.Supp. 160.
 Before GEWIN, GOLDBERG, and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966